IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA STRUGALA,<br><br>        Plaintiff,<br>v.<br><br>FLAGSTAR BANK,<br><br>        Defendant. | CASE NO. 5:13-CV-05927-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This matter is currently set for a Case Management Conference on April 25, 2014. In light of the pending Motion to Dismiss, see Docket Item No. 14, the court finds that a conference is premature at this time and hereby VACATES the conference. The court shall set a Case Management Conference, if necessary, in its order on Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: April 21, 2014

                                            EDWARD J. DAVILA
                                            United States District Judge