UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| LISA STRUGALA,<br><br>        Plaintiff,<br><br>   v.<br><br>FLAGSTAR BANK FSB,<br><br>        Defendant.<br>_____/ | No. C 13-5927 EJD<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     September 18, 2014<br>Mediator: Zela Claiborne |

    IT IS HEREBY ORDERED that the request to excuse defendant Flagstar Bank FSB's corporate representative from appearing in person at the September 18, 2014, mediation before Zela Claiborne is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    IT IS SO ORDERED.

September 11, 2014        By: _____
Dated                                            Maria-Elena James
                                                        United States Magistrate Judge