UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA STRUGALA, an individual, on behalf of herself and on behalf of the class of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLAGSTAR BANK, FSB,<br><br>　　　　Defendant. | Case No.  5:13-cv-05927 EJD<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

Having reviewed the parties' joint statement filed on October 24, 2014 (Docket Item No. 41), the court finds that a Status Conference is unnecessary at this time. Accordingly, the Status Conference scheduled for October 31, 2014, is CONTINUED to **10:00 a.m. on December 5, 2014.** The parties shall file an updated Joint Status Conference Statement on or before **November 26, 2014.**

**IT IS SO ORDERED.**

Dated:  October 27, 2014



EDWARD J. DAVILA
United States District Judge