United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA STRUGALA, an individual, on behalf of herself and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>FLAGSTAR BANK, FSB,<br><br>   Defendant. | Case No. 5:13-cv-05927 EJD<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

Having reviewed the parties' Joint Status Conference Statement (Docket Item No. 43), the court orders as follows:

1. The next mediation session referenced by the parties in the Joint Statement shall occur within 75 days of the date this order is filed. On or before **December 19, 2014**, the parties shall schedule the session and shall file, by that same date, a Notice which provides to the court the date of the next session and the identity of the mediator.

2. The Status Conference scheduled for December 5, 2014, is CONTINUED to a Case Management Conference at **10:00 a.m. on March 12, 2015**. Absent a completed agreement to settle this action, the stay entered on September 23, 2014, will be dissolved on that date and the court will re-impose case management deadlines. Accordingly, the parties shall file a Joint Case Management Statement on or before **March 5, 2015**, which complies with the Standing Order for All Judges of the Northern District of California with regards to the contents of such a statement.

**IT IS SO ORDERED.**

Dated: December 1, 2014

              _____
              EDWARD J. DAVILA
              United States District Judge