UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA STRUGALA, an individual, on behalf of herself and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLAGSTAR BANK, FSB,<br><br>　　　　Defendant. | Case No.  5:13-cv-05927 EJD<br><br>**ORDER RE: SETTLEMENT STATUS** |

Having reviewed the parties' Status Report filed on December 19, 2014 (Docket Item No. 44), and in light of the fact that the parties are now in direct discussions, the parties shall file a joint statement on or before January 9, 2015, which updates the court on the progress of their settlement discussions and indicates whether, and when, this action may be finally settled.

**IT IS SO ORDERED.**

Dated:  December 22, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge