UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA STRUGALA, an individual, on behalf of herself and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>         v.<br><br>FLAGSTAR BANK, FSB,<br><br>                  Defendant. | Case No.  5:13-cv-05927 EJD<br><br>**SECOND ORDER RE: SETTLEMENT STATUS** |

Having reviewed the parties' Status Report filed on January 9, 2015 (Docket Item No. 47), and in light of their request for additional time to report whether or not they have reached an agreement in principle, the parties shall file a joint statement on or before **January 30, 2015**, which updates the court on the progress of their settlement discussions and indicates whether, and when, this action may be finally settled.

**IT IS SO ORDERED.**

Dated:  January 12, 2015



EDWARD J. DAVILA
United States District Judge

---

Case No.: 5:13-cv-05927 EJD
SECOND ORDER RE: SETTLEMENT STATUS

1