UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA STRUGALA, an individual, on behalf of herself and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>   v.<br><br>FLAGSTAR BANK, FSB,<br><br>    Defendant. | Case No.  5:13-cv-05927 EJD<br><br>**THIRD ORDER RE: SETTLEMENT STATUS** |

Having reviewed the parties' Status Report filed on February 2, 2015 (Docket Item No. 49), the court orders as follows:

1. On or before **February 16, 2015**, the parties shall file an updated joint statement which indicates whether or not they have reached an agreement in principle to settle.

2. The Case Management Conference currently scheduled for March 12, 2015, shall remain as presently set and will not be continued further, even if settlement negotiations are continuing.  Accordingly, unless a Notice of Settlement is filed, the parties shall file a Joint Case Management Statement on or before March 5, 2015, which contains, inter alia, a proposed schedule for this action.

**IT IS SO ORDERED.**

Dated:  February 3, 2015

EDWARD J. DAVILA
United States District Judge