UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA STRUGALA, an individual, on behalf of herself and on behalf of the class of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLAGSTAR BANK, FSB,<br><br>　　　　Defendant. | Case No.  5:13-cv-05927-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement filed on March 5, 2015 (Docket Item no. 53), the court orders as follows:

1. Defendant shall file the anticipated Motion to Dismiss discussed in the statement on or before **March 31, 2015**, and shall notice the motion for hearing at **9:00 a.m. on May 21, 2015.**

2. The Case Management Conference currently scheduled for March 12, 2015, is CONTINUED to **10:00 a.m. on July 2, 2015**.  The parties shall file an updated Joint Case Management Conference Statement on or before **June 25, 2015**.

**IT IS SO ORDERED.**

Dated: March 9, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:13-cv-05927-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

2