UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA STRUGALA, an individual, on behalf of herself and on behalf of the class of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLAGSTAR BANK, FSB,<br><br>Defendant. | Case No.  5:13-cv-05927-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Docket Item No. 62), the court finds that a scheduling conference is premature at this time.  Accordingly, the Case Management Conference scheduled for July 2, 2015, is CONTINUED to **10:00 a.m. on September 3, 2015.**  The parties shall file an updated Joint Case Management Conference Statement on or before **August 27, 2015.**

**IT IS SO ORDERED.**

Dated:  June 29, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-05927-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE