UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA STRUGALA, an individual, on behalf of herself and on behalf of the class of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLAGSTAR BANK, FSB,<br><br>Defendant. | Case No.  5:13-cv-05927-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties Joint Case Management Conference Statement filed on August 27, 2015 (Docket Item No. 67), as well as the status of this action, the court finds that a scheduling conference is premature at this time.

Accordingly, the Case Management Conference scheduled for September 3, 2015, is CONTINUED to **10:00 a.m. on November 19, 2015.**  The parties shall file an updated Joint Case Management Conference Statement on or before **November 12, 2015.**

**IT IS SO ORDERED.**

Dated:  August 31, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-05927-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE