# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

LISA STRUGALA,

    Plaintiff,

v.

FLAGSTAR BANK, FSB,

    Defendant.

Case No. 5:13-cv-05927-EJD

**ORDER RE: STATUS REPORT**

Re: Dkt. No. 94

Having reviewed Plaintiff's fifth status report (Dkt. No. 94), the Court finds that a continuation of this Court's order staying this action (Dkt. No. 69) is appropriate. Plaintiff shall continue to file semi-annual status reports as required by this Court's September 4, 2015, order (Dkt. No. 69).

**IT IS SO ORDERED.**

Dated: November 27, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:13-cv-05927-EJD
ORDER RE: STATUS REPORT

1